**Order entered October 7, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00123-CV

**BRINSON BENEFITS, INC., Appellant**

**V.**

**LINDA HOOPER, SEAN SENDELBACH AND HOLMES MURPHY & ASSOCIATES, INC., Appellees**

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-12-07520**

## ORDER

We **GRANT** appellant's October 6, 2015 unopposed motion for extension of time to file reply brief and **ORDER** the brief be filed no later than November 12, 2015.

/s/    CRAIG STODDART
        JUSTICE